**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

Osprey LLC

Plaintiff,

v.

Case No.:
1:25−cv−00490

Honorable Jorge
L. Alonso

Partnerships and unincorporated Associations Identified
in Schedule A

Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 12, 2025:

        MINUTE entry before the Honorable Jorge L. Alonso: Case called for status, no
one appears. Telephonic status hearing set for 3/26/25 at 9:30 a.m. Plaintiff must appear at
the next status hearing or this case could be dismissed for want of prosecution. Members
of the public and media will be able to call in to listen to this hearing. The call−in number
is 650−479−3207 and the access code is 1804010308. Persons granted remote access to
proceedings are reminded of the general prohibition against photographing, recording, and
rebroadcasting of court proceedings. Violation of these prohibitions may result in
sanctions, including removal of court issued media credentials, restricted entry to future
hearings, denial of entry to future hearings, or any other sanctions deemed necessary by
the Court. Notice mailed by Judge's staff (lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at *www.ilnd.uscourts.gov*.